

# Fourth Court of Appeals
## San Antonio, Texas

May 15, 2019

No. 04-19-00125-CV

**EX PARTE A.X.L. JR.**, a Child

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2019FLK00214D4
Honorable Oscar J. Hale, Jr., Judge Presiding

### ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION. Appellant is unable to afford payment of court costs; no costs of court are taxed in this appeal.

It is so **ORDERED** on May 15, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of May, 2019.

_____
Keith E. Hottle, Clerk of Court